UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATHAN SMITH,

Plaintiff,

v.

THE BOEING COMPANY,

Defendant.

CASE NO. **2:26-cv-03607-KKE**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 4**

The Court **GRANTS** Plaintiff's application to proceed in forma pauperis (Dkt. 4). The Clerk shall provide a copy of this Order to Plaintiff and to the presiding District Judge.

DATED this 30th day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge